# CASE NO. 18-12888-E

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff/Appellee*,

v.

HENRY DE JESUS LOPEZ LONDOÑO,

*Defendant/Appellant*.

On Appeal from the United States District Court
for the Southern District of Florida

**APPELLANT'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF**

LAW OFFICES OF JOHN E. BERGENDAHL
Attorney for Appellant Lopez Londoño
25 S.E. 2nd Avenue, Suite 1105
Miami, Florida 33131
Telephone No. (305) 536-2168
Facsimile No. (305) 536-2170

**THIS CASE IS ENTITLED TO PREFERENCE**
**(CRIMINAL APPEAL)**

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

**United States v. Henry De Jesus Lopez Londoño**
**Case No. 18-12888-E**

Appellant files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the interested parties and entities in this appeal, as required by 11th Cir. R. 26.1.

Bergendahl, John E. – Appellate Counsel

Diaz, Richard John – Counsel

Dominguez, Maria A - Counsel

Dwyer, Jared Edward – Assistant U.S. Attorney

Emery, Robert J. – Assistant U.S. Attorney

Fajardo Orshan, Ariana – U.S. Attorney for the Southern District of Florida

Ferrer, Wifredo A. – Former U.S. Attorney

Giraldo Usuga, Jhon Fernando – Co-Defendant

Giraldo Usuga, Juan Diego – Co-Defendant

Gomez Molina, Edison – Co-Defendant

Goodman, Hon. Jonathan – U.S. Magistrate Judge

Graham, Hon. Donald L. – U.S. District Senior Court Judge

Greenberg, Benjamin G. – Former U.S. Attorney

**C1 of 2**

**United States v. Henry De Jesus Lopez Londoño**
**Case No. 18-12888-E**

Hernandez, Arturo V. – Trial Counsel

Hernandez, Ramon A. – Trial Counsel

Hirsch, Lisa – Appellate Division/Assistant U.S. Attorney

Hoffman, Andrea G. – Assistant U.S. Attorney

Klugh, Richard C. - Counsel

Lenard, Hon. Joan A. – U.S. District Court Judge

Londono Robledo, Jose Carlos – Co-Defendant

Lopez Londoño, Henry De Jesus – Defendant/Appellant

Moreno Tuberquia, Carlos Antonio – Co-Defendant

Nadler, Michael Brian – Assistant U.S. Attorney

Rodriguez-Feo, Carli – U.S. Department of Justice

Shirley, Madeleine R. – Appellate Division – Assistant U.S. Attorney

Smachetti, Emily – Chief Appellate Division – Assistant U.S. Attorney

Usaga Torres, Juan Carlos – Co-Defendant

**C2 of 2**

**APPELLANT'S**
**MOTION FOR LEAVE TO FILE OVERSIZED BRIEF**

COMES NOW, the Appellant, HENRY DE JESUS LOPEZ LONDOÑO, through counsel and pursuant to Federal Rule of Appellate Procedure 27 and Eleventh Circuit Rules 27-1(d) and 32-4, respectfully requests leave to exceed the word limitations set forth in Federal Rule of Appellate Procedure 32(a)(7)(B)(i) and to file an oversized brief and respectfully states the following:

1) The transcript of the lengthy jury trial in this case consists of more than 2,300 pages. In addition, transcripts of relevant status conferences and proceedings before the magistrate judge exceed 400 pages. And there are hundreds of relevant documents in the record, cited in the brief, many of which became available in unredacted form over a year after the trial concluded. The events of the case relate to activities in multiple countries over an extended period of time and involving numerous federal agencies, including IRS, DEA, and ICE, as well as Colombian and Argentinian governmental entities and extradition proceedings. The totality of the record and resulting issues was extraordinarily complex, and despite counsel's best efforts (which included removing more than 9,000 words from the original draft), the present brief is in the most succinct form that counsel could prepare.

2) Importantly, to fully develop issues relating to Londoño's asserted public authority and innocent intent defenses, a lengthy detailed statement of facts

setting forth the testimony of government agents and informants and numerous cooperating individuals called as witnesses by the government and the defense as well as Londoño's testimony was necessary. Issues relating to due process and Brady violations required that verbatim portions of recently unredacted documents as well as other record documents be included in the initial brief.

3) Under these circumstances, the undersigned does not believe it will be possible to provide a complete and helpful presentation of the relevant facts and summarization of relevant documents and to adequately argue the five issues presented without exceeding the page limitation. Counsel's brief submitted this date consists of 18,826 words.

4) Undersigned counsel sought to confer with the government prior to the filing of this motion, but government counsel was unavailable. Counsel will advise the Court of the government's position as soon as possible.

WHEREFORE, the appellant respectfully requests that this Court allow the undersigned to file an oversized brief of 18,826 words.

Respectfully submitted,

LAW OFFICES OF
JOHN E. BERGENDAHL
25 S.E. 2nd Avenue, Suite 1105
Miami, Florida 33131
Telephone No.: (305) 536-2168
lojeb1100@gmail.com

By: */s/ John E. Bergendahl*
John E. Bergendahl
Florida Bar No. 327761

**CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitation set forth in FRAP 32(a)(7)(B), and that according to the program (WORD) on which it is prepared it contains 386 words.

By: */s/ John E. Bergendahl*
John E. Bergendahl

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Leave to File Oversized Brief was filed via CM/ECF with the Clerk of Court on this 1st day of October 2021, and electronic copies thereof served upon all counsel of record.

By: */s/ John E. Bergendahl*
John E. Bergendahl